FILED

MAR - 2 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Derian Douglas Hickman, )
)
    Plaintiff, )
)
v. ) Civil Action No. **10 0331**
)
Federal Bureau of Investigation *et al.*, )
)
    Defendants. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff, a resident of Washington, D.C., has submitted a one-page complaint that is mostly incomprehensible, along with a hodgepodge of attachments that include orders dismissing plaintiff's previous actions. Plaintiff names as defendants the FBI, Princeton University, Harvard University and Georgetown University, but he has not accused them of any wrongdoing. Rather, he states that he is "requesting previous civil filing and award amounts." To the extent that plaintiff is seeking reconsideration of a dismissal order, his recourse lies, if at all, in the dismissed action. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: February *19*, 20*10*